**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose Urbano CORTINAS, Defendant–Appellant.**

**No. 15–40401**
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Date Filed: 07/05/2016

Amy Howell Alaniz, Assistant U.S. Attorney, Renata Ann Gowie, Assistant U.S. Attorney, Houston, TX for Plaintiff–Appellee

Thomas S. Berg, Esq., Mallett Saper Berg, L.L.P., Houston, TX, for Defendant–Appellant

Before KING, CLEMENT, and OWEN, Circuit Judges.

**PER CURIAM:***

Jose Urbano Cortinas appeals the 262–month sentence imposed for his conviction for conspiracy to possess with intent to distribute five kilograms or more of cocaine. He argues that the sentence is procedurally unreasonable because the district court failed to consider his cooperation with the Government under 18 U.S.C. § 3553(a).

There is no indication that the district court thought it lacked the authority to vary downward to account for Cortinas's cooperation. *See United States v. Robinson*, 741 F.3d 588, 599, 601 (5th Cir. 2014). In his written objections to the presentence report, Cortinas advised the district court of its authority to consider cooperation under § 3553(a). Moreover, at the sentencing hearing, the district court listened to Cortinas's explanations of his cooperation with the Government and explicitly stated that it was considering the evidence, along with the § 3553(a) sentencing factors. The district court's references to a possible reduction of sentence under Federal Rule of Criminal Procedure 35 for substantial assistance do not establish that it ignored its authority to consider Cortinas's cooperation under§ 3553(a).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.